UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 06-61760-CIV-DIMITROULEAS

NESTOR ERMOGENES ARROYO                          Magistrate Judge Seltzer
QUINTEROS, et al.,

      Plaintiff,

vs.

DNYCORP AEROSPACE OPERATIONS
LLL, a Delaware Corporation, DYNCORP
TECHSERV LLC, a Delaware Corporation,
DYNCORP INTERNATIONAL LLC, a
Delaware Corporation and DYNCORP,
a Delaware Corporation,

      Defendants
_____/

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-60550-CIV-DIMITROULEAS

PROVINCE OF CARCHI, REPUBLIC
OF ECUADOR,                                      Magistrate Judge Seltzer

      Plaintiff,

vs.

DNYCORP AEROSPACE OPERATIONS
LLL, a Delaware Corporation, DYNCORP
TECHSERV LLC, a Delaware Corporation,
DYNCORP INTERNATIONAL LLC, a
Delaware Corporation and DYNCORP,
a Delaware Corporation,

      Defendants
_____/

## ORDER CONSOLIDATING THE ACTIONS AND ADMINISTRATIVELY CLOSING CASE NUMBER 07-60550-CIV

THIS CAUSE is before the Court upon the Defendants' Unopposed Motions to Consolidate [DE 49 in case 06-61760-CIV & DE 4 in case 07-60550].  The Court has carefully considered these Motions and is otherwise fully advised in the premises.

In the above-captioned actions, Plaintiffs have alleged the same operative facts against identical Defendants.  The Court has previously granted two other Motions to Consolidate in this case [DE 24] consolidating Province of Sucumbios v. DnyCorp Int'l LLC, 06–61926 and [DE 40] Province of Sucumbios v. DynCorp Int'l LLC, 07-60311 into case number 06-61760.  Because all of these actions arise out of the same operative facts, the above-captioned actions are hereby consolidated into one action (hereinafter, the "Consolidated Action") for pretrial purposes,[1] pursuant to Rule 42(a) of the Federal Rules of Civil Procedure.  This Order shall apply as specified to the Consolidated Action and to each case that relates to the same subject matter that is subsequently filed in this Court or transferred to this Court and is consolidated with the Consolidated Action.

Every pleading filed in the Consolidated Action shall have the following caption:

---

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 06-61760-CIV-DIMITROULEAS

NESTOR ERMOGENES ARROYO                    Magistrate Judge Seltzer

---

[1]While the parties agree to consolidate the cases for pretrial purposes, the Plaintiffs at this point do not agree to consolidate for the purposes of trial.  The Court will address this issue when the time arrives.

2

QUINTEROS, et al.,

     Plaintiff,

vs.

DNYCORP AEROSPACE OPERATIONS
LLL, a Delaware Corporation, DYNCORP
TECHSERV LLC, a Delaware Corporation,
DYNCORP INTERNATIONAL LLC, a
Delaware Corporation and DYNCORP,
a Delaware Corporation,

     Defendants.

_____/

     Accordingly, it is **ORDERED AND ADJUDGED** as follows:

     1.  The Defendants' Unopposed Motions to Consolidate [DE 49 in case 06-61760-CIV &

DE 4 in case 07-60550] are hereby **GRANTED**;

     2.  The cases numbered 06-61760-CIV-DIMITROULEAS, 07-60550-CIV-

DIMITROULEAS, are hereby consolidated into one action, case number 06-61760-CIV-

DIMITROULEAS;

     3.  The Clerk shall administratively close case number 07-60550-CIV-DIMITROULEAS;

     4.  All pending motions in regard to case number 07-60550-CIV-DIMITROULEAS, shall

be incorporated into case number 06-61760-CIV-DIMITROULEAS.

     **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this

18th  day of May, 2007.

WILLIAM P. DIMITROULEAS
United States District Judge

3

Copies furnished to:
William J. Wichmann, Esq.
Matthew J. Meyer, Esq.
Eric G. Lasker, Esq
Joe G. Hollingsworth, Esq.
J. Paul Sizemore, Esq.
Stephen R. Terrell, Esq.
Thomas V. Girardi, Esq.
Walter J. Lack, Esq.